CHARLES EDGAR BROWN, ASSIGNEE, v. JOHN A. LARKIN ET AL.

BY THE COURT.

1. An assignee for the benefit of creditors may sue, in his representative character, in all cases where the money, when recovered, would be assets.

2. A plaintiff's fiduciary capacity is not shown by the descriptive words "assignee of" unless preceded by the word "as" or unless there is a proper averment of such capacity in the bill of particulars, and if not so shown he can not perfect an appeal without bond.

Judgment affirmed.

Geo. W. Harding, for plaintiff in error.

Mortimer Matthews, *contra*.